IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAMELA. KJELLBERG,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-115-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of defendant Michael J. Astrue and dismissing plaintiff Pamela Kjellberg's appeal.

_____
Peter Oppeneer, Clerk of Court

2/13/13
Date